IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER SIRMONS, JR.,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  25-4730 |
| | : | |
| **BERKS COUNTY PA COUNTY JAIL ADMINISTRATION,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 27th day of October 2025, upon consideration of Christopher Sirmons, Jr.'s motion to proceed *in forma pauperis* (DI 1), Prisoner Trust Fund Account Statement (DI 2), and *pro se* complaint (DI 3), it is **ORDERED**:

1.  Mr. Sirmons's motion for leave to proceed *in forma pauperis* (DI 1) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.  Christopher Sirmons, Jr., #LA-3460, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The court directs the Superintendent of SCI Camp Hill or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Mr. Sirmons's inmate account; or (b) the average monthly balance in Mr. Sirmons's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this order to the court with a reference to the docket number for this case. In each succeeding month when the amount in Mr. Sirmons's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the

preceding month's income credited to Mr. Sirmons's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

     3.     The Clerk of Court is **DIRECTED** to send a copy of this order to the Superintendent of SCI Camp Hill.

     4.     The complaint is **DEEMED** filed.

     5.     The Clerk of Court is **DIRECTED** to amend the docket to reflect that the correct identification of the plaintiff is "Christopher Sirmons, Jr."

     6.     Mr. Sirmons's complaint is **DISMISSED WITH PREJUDICE.**

     7.     The court certifies that any appeal from this order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

     8.     The Clerk of Court is **DIRECTED** to **CLOSE** this case.

_____
**MURPHY, J.**